# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MARLIN LAYNE BULL CALF, Defendant. | CR 19-21-GF-BMM  ORDER |

Upon the unopposed request of the United States and for good cause shown,

**IT IS ORDERED** that the indictment is **DISMISSED**.

**IT IS FURTHER ORDERED** that all pretrial deadlines and the trial scheduled for September 3, 2019, are **VACATED**.

DATED this 31st day of July, 2019.

_____
Brian Morris
United States District Court Judge

1